■ (A) OLLIE J. SALKIND v. BEATRICE R. SALKIND. (B) HARRY KLEIN v. CAPRI EQUITIES, INC. (C) FRANCESCO REALTY CORP. v. OSCAR WEINER et al. (D) In the Matter of the Arbitration between WESLEY SIMPSON and MR. JOHN, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ OVERSEAS METAL & ORE CORPORATION v. MINERACAC BOMFIM S/A.— Motion to dismiss appeal from order entered August 16, 1960 granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1961, with notice of argument for January 17, 1961, said appeal to be argued or submitted when reached. Motion to dismiss appeal from order entered September 2, 1960 granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1961, with notice of argument for January 17, 1961, said appeal to be argued or submitted when reached. Motion for consolidation granted insofar as to allow appellant to have both appeals heard in one appeal book, without duplication of printing, upon condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1961, with notice of argument for January 17, 1961, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ LESRON JUNIOR, INC., et al., v. PETER I. FEINBERG et al.— Motion by respondents Zeckendorf Hotels Corporation, Webb & Knapp, Inc., Webb & Knapp Construction Corp., Richard T. Gordon and 78013 Corporation to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Motion by respondent Drake Associates to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ (A) RALPH BRUNO v. FRED KOSNAC. (B) JACOB LIPPMAN et al. v. NEW YORK WATER SERVICE CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 31, 1961, with notice of argument for the March 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.